ACCEPTED
12-15-00171-CR
TWELFTH COURT OF APPEALS
TYLER, TEXAS
10/7/2015 5:55:21 PM
Pam Estes
CLERK

## NO. 12-15-00171-CR

| | | |
|---|---|---|
| **STATE OF TEXAS** | § | **In the Court of Appeals** |
| | § | |
| **VS.** | § | **12th Court of Appeals** |
| | § | |
| **JIMMY ANDREW DAVIS, JR.** | § | **Tyler, Texas** |

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
10/7/2015 5:55:21 PM
PAM ESTES
Clerk

### MOTION TO EXTEND TIME TO FILE APPELLANT'S BRIEF

**TO THE HONORABLE JUSTICES OF SAID COURT:**

Now comes Jimmy Andrew Davis, Jr., Appellant in the above styled and numbered cause, and moves this Court to grant an extension of time to file appellant's brief, pursuant to Rule 38.6 of the Texas Rules of Appellate Procedure, and for good cause shows the following:

1.  This case is on appeal from the 3rd[th] Judicial District Court of Houston County, Texas.

2.  The case below was styled the STATE OF TEXAS vs. Jimmy Andrew Davis, Jr., and numbered 31760.

3.  Appellant was convicted of MANUFACTURING/DELIVERING CONTROLLED SUBSTANCE PG1 LESS THAN 1G DRUG FREE ZONE.

4.  Appellant was assessed a sentence on 6/5/2015.

5.  Notice of appeal was given on 6/12/2015.

6.  The clerk's record was filed on 7/30/2015; the reporter's record was filed on July 24, 2015.

7.  The appellate brief was due on September 15, 2015, but because of the necessity of have the document "PDF searchable" an extension was given until September 28, 2015.  A brief has been filed before the extension date of September 28, 2015, however, the Court requested a proper Motion for the late filing of the brief.  .

8.  Appellant requests an extension of time of 30 days from the date of September 15, 2015, i.e. October 15, 2015.

9.  Defendant is currently incarcerated.

10.  Appellant relies on the following facts as good cause for the requested extension:

Counsel for defendant has been inundated with trials and hearings, and has been unable to properly prepare appellant's brief, and needs more time to do so.  When counsel was able to prepare the Brief and file, new requirements were imposed as to "searchable PDF" which delayed the filing in that counsel had to be trained on the matters of searchable pdf files before filing Appellant's Brief.

**WHEREFORE, PREMISES CONSIDERED**, Appellant prays that this Court grant this Motion To Extend Time to File Appellant's Brief, and for such other and further relief as the Court may deem appropriate.

Respectfully submitted,

Cargill & Associates
701 N. Elm Street
Palestine, Texas 75801
Tel: (903) 729-8011
Fax: (903) 729-5112


By: /s/Mark W. Cargill
    Mark W. Cargill
    State Bar No. 00787201
    cargillaw@earthlink.net
    Attorney for Jimmy Andrew Davis, Jr.


## CERTIFICATE OF SERVICE

This is to certify that on October 7, 2015, a true and correct copy of the above and foregoing document was served on the District Attorney's Office, Anderson County, by fax.


/s/Mark W. Cargill
Mark W. Cargill

**STATE OF TEXAS** §

§

**COUNTY OF HOUSTON** §

### AFFIDAVIT

**BEFORE ME**, the undersigned authority, on this day personally appeared Mark W. Cargill, who after being duly sworn stated:

"I am the attorney for the appellant in the above numbered and entitled cause. I have read the foregoing Motion To Extend Time to File Appellant's Brief and swear that all of the allegations of fact contained therein are true and correct."

*Mark W Cargill*

/s/Mark W. Cargill

Mark W. Cargill
Affiant

**SUBSCRIBED AND SWORN TO BEFORE ME** on October 7, 2015, to certify which witness my hand and seal of office.

/s/ Christina Cargill

Notary Public, State of Texas